UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REAN SMITH,<br><br>                              Plaintiff,<br>               -v-<br><br>CALYPSO CHARTER CRUISES INC., et al.,<br><br>                            Defendants. | 19 Civ. 7076 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

      On December 26, 2019 the Court scheduled an initial pretrial conference in this matter for February 14, 2020 at 10:30 a.m. On December 27, 2019, this case was automatically referred to mediation. The initial conference is therefore adjourned. The parties are directed to file a joint status letter within one week of the conclusion of mediation.

      SO ORDERED.

                                                                 *Paul A. Engelmayer*
                                                                Paul A. Engelmayer
                                                                United States District Judge

Dated:  December 27, 2019
           New York, New York