UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REAN SMITH,<br><br>           Plaintiff,<br>    -v-<br><br>CALYPSO CHARTER CRUISES, INC., et al.,<br><br>           Defendants. | 19 Civ. 7076 (PAE)<br><br><u>ORDER</u> |

PAUL A. ENGELMAYER, District Judge:

  The Court is in receipt of defendants' motion for judgment on the pleadings. Dkt. 24. Plaintiff's opposition is due June 12, 2020, and defendants' reply, if any, is due June 19, 2020. These filings should be made in accordance with the Court's Individual Rules. An order scheduling an initial pretrial conference will follow shortly.

  SO ORDERED.

                     *Paul A. Engelmayer*
                     _____
                     PAUL A. ENGELMAYER
                     United States District Judge

Dated: June 1, 2020
    New York, New York