UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
REAN SMITH

                Plaintiff,

  -against-

CALYPSO CHARTER CRUISES, INC., FRANK
GIORDANO, JR., Individually,

                Defendants.
------------------------------------------------------------x

**19-CiV-7076 (PAE)**

**ORDER TO EXTEND THE BRIEFING SCHEDULE**

PAUL A. ENGELMAYER, District Judge:

On July 1, 2020, the Court issued an Order setting forth a deadline for the parties to conduct limited discovery on the threshold issue of the employer-employee relationship and a briefing schedule for Defendants' motion for summary judgment on the threshold issue. The parties have informed the Court that they require more time to fully exchange relevant documents and information.

WHEREAS, this action will not be unnecessarily delayed by a brief adjournment of the Briefing Schedule issued on July 1, 2020; it is hereby

ORDERED that The Court hereby amends the current Briefing Schedule as follows:

- Limited discovery ends on October 30, 2020;
- The parties will exchange a draft joint statement of facts between them by November 6, 2020;
- The joint statement of facts is due November 13, 2020;
- Defendants' opening brief in support of their motion for summary judgment is due November 27, 2020;
- Smith's brief in opposition to defendants' motion is due December 11, 2020; and
- Defendants' reply brief is due December 18, 2020.

SO ORDERED.

						_____
						PAUL A. ENGELMAYER
						United States District Judge

Dated: September 28, 2020
		New York, New York