UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

REAN SMITH,

                                 Plaintiff,

               -v-

CALYPSO CHARTER CRUISES INC., ET AL.,

                                 Defendants.

19 Civ. 7076 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      In its review of the parties' submissions on defendants' motion for summary judgment, the Court has noted – as the defense has observed – that plaintiff's interrogatory responses have not been properly verified. *See* Dkt. 39 at 1; Dkt. 46 at 3-4. If plaintiff wishes these to be considered by the Court, a properly verified version of these responses must be filed on the docket of this case by the close of business on Friday, August 20, 2021. For avoidance of doubt, the Court does not authorize any modification to the content of plaintiff's interrogatory responses.

      SO ORDERED.

                                                                  *Paul A. Engelmayer*
                                                    PAUL A. ENGELMAYER
                                                    United States District Judge

Dated: August 17, 2021
         New York, New York